| | |
|---|---|
| 1 | **SETAREH LAW GROUP** |
|   | Shaun Setareh, Esq. (SBN 204514) |
| 2 |     Email: shaun@setarehlaw.com |
|   | Thomas Segal, Esq. (SBN 222791) |
| 3 |     Email: thomas@setarehlaw.com |
|   | 9454 Wilshire Blvd., Suite 907 |
| 4 | Beverly Hills, CA 90212 |
|   | Tel:    (310) 888-7771 |
| 5 | Fax:   (310) 888-0109 |
| 6 | Attorneys for Plaintiff JORGE PEREZ |
| 7 | **MCGUIREWOODS LLP** |
|   | Matthew C. Kane, Esq. (SBN 171829) |
| 8 |     Email: mkane@mcguirewoods.com |
|   | Sabrina A. Beldner, Esq. (SBN 221918) |
| 9 |     Email: sbeldner@mcguirewoods.com |
|   | Sylvia J. Kim, Esq. (SBN 258363) |
| 10 |    Email: skim@mcguirewoods.com |
|   | 1800 Century Park East, 8th Floor |
| 11 | Los Angeles, CA 90067 |
|   | Tel:    (310) 315-8200 |
| 12 | Fax:   (310) 315-8210 |
| 13 | Attorneys for Defendants PERFORMANCE FOOD GROUP, INC. and VISTAR TRANSPORTATION, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PEREZ, on behalf of himself, all others similarly situated, and the general public, | CASE NO. 3:15-cv-02390-HSG |
|   | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY 14 DAYS** |
| Plaintiff, |   |
| vs. | *Filed Under Separate Cover* |
| PERFORMANCE FOOD GROUP, INC., a Colorado corporation; VISTAR TRANSPORTATION, LLC, a Delaware limited liability company; ROMA GOURMET FOOD ENTERPRISES OF CALIFORNIA, INC., a California corporation, and DOES 1-50, inclusive, | **DECLARATION OF MATTHEW C. KANE** |
|   | **[Northern District Local Rule 6-2]** |
|   | **SAC Filed:**            04/13/16 |
|   | **Current Response Date:** 04/27/16 |
|   | **New Response Date:**    05/11/16 |
| Defendants. | |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY 14 DAYS**

## RECITALS

WHEREAS, on April 13, 2016, Plaintiff Jorge Perez ("Plaintiff") filed a Second Amended Complaint ("SAC") in this action [Dkt. #29]; and

WHEREAS, Defendants Performance Food Group, Inc. and Vistar Transportation, LLC (collectively, Defendants") are presently the only defendants that have been served with process in this action; and

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' deadline to respond to Plaintiff's SAC is April 27, 2016; and

WHEREAS, Defendants' lead counsel was unexpectedly hospitalized for a medical emergency on April 21, 2016 from which he is still recovering at home and has been unable to review or evaluate Plaintiff's SAC or prepare or review any responsive pleading or motion thereto; and

WHEREAS, the parties previously stipulated pursuant to Local Rule 6-1 to a 30-day extension of time for Defendants to serve and file any motions or other pleadings responsive to Plaintiff's initial complaint [Dkt. #5]; and

WHEREAS, based on the foregoing, the parties agree and are stipulating herein pursuant to Local Rule 6-2, subject to Court approval, to a 14-day extension of time for Defendants to serve and file any motions or other pleadings responsive to Plaintiff's SAC.

77618865.1

2

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT BY 14 DAYS**

# STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants through their respective undersigned counsel that:

1. Defendants' time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's SAC in this action shall be and hereby is extended by 14 days to and including May 11, 2016; and

2. By entering into this Stipulation, Defendants do not waive and expressly reserve all defenses and challenges to Plaintiff's action.

DATED: April 26, 2016         SETAREH LAW GROUP

                              By:    /s/ Shaun Setareh (w/ permission)
                                     Shaun Setareh, Esq.
                                     Thomas Segal, Esq.

                                     Attorneys for Plaintiff
                                     JORGE PEREZ

DATED: April 26, 2016         MCGUIREWOODS LLP

                              By:    /s/ Matthew C. Kane
                                     Matthew C. Kane, Esq.
                                     Sabrina A. Beldner, Esq.
                                     Sylvia J. Kim, Esq.

                                     Attorneys for Defendants
                                     PERFORMANCE FOOD GROUP, INC. and
                                     VISTAR TRANSPORTATION, LLC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: 4/26/2016

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE