1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13 JORGE PEREZ, on behalf of himself, all others similarly situated, and the general 14 public,<br><br>15 *Plaintiff*,<br><br>16 vs.<br><br>17 PERFORMANCE FOOD GROUP, INC., a 18 Colorado corporation; VISTAR TRANSPORTATION, LLC, a Delaware 19 limited liability company; ROMA FOOD ENTERPRISES, INC., a California 20 corporation; and DOES 1-50, inclusive,<br><br>21 *Defendants*. | Case No.  3:15-cv-02390-HSG<br><br>**APPROVING JOINT STIPULATION TO CONTINUE  BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT [DKT. #36]**<br><br>Complaint Filed:  April 20, 2015<br><br>Hearing Date:   August 25, 2016<br><br>Hearing Time:   2:00 p.m.<br>Location:          Courtroom 15<br>Judge:              Hon. Haywood S. Gilliam, Jr. |

22
23
24
25
26
27
28

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT

ORDER

The Court, having considered the Parties' Joint Stipulation to Continue Briefing Schedule on Defendants' Motion to Dismiss and/or Strike Plaintiff's Second Amended Complaint (Dkt. #36) (the "Motion") , and for good cause shown, HEREBY ORDERS that:

1. The deadline for Plaintiff to file his Opposition to Defendants' Motion shall be and hereby is extended from May 25, 2016 to and including June 22, 2016.

2. The deadline for Defendants to file their Reply in support of the Motion shall be and hereby is extended from June 1, 2016 to and including July 13, 2016.

IT IS SO ORDERED.

DATE: May 25, 2016

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge