1  **SETAREH LAW GROUP**
   Shaun Setareh, Esq. (SBN 204514)
2       Email: shaun@setarehlaw.com
   Thomas Segal, Esq. (SBN 222791)
3       Email: thomas@setarehlaw.com
   9454 Wilshire Blvd., Suite 907
4  Beverly Hills, CA 90212
   Tel:    (310) 888-7771
5  Fax:    (310) 888-0109

6  Attorneys for Plaintiff JORGE PEREZ

7  **MCGUIREWOODS LLP**
   Matthew C. Kane, Esq. (SBN 171829)
8       Email: mkane@mcguirewoods.com
   Sabrina A. Beldner, Esq. (SBN 221918)
9       Email: sbeldner@mcguirewoods.com
   Sylvia J. Kim, Esq. (SBN 258363)
10      Email: skim@mcguirewoods.com
   1800 Century Park East, 8th Floor
11 Los Angeles, CA 90067
   Tel:    (310) 315-8200
12 Fax:    (310) 315-8210

13 Attorneys for Defendants
   PERFORMANCE FOOD GROUP, INC. and VISTAR TRANSPORTATION, LLC
14 and *Specially Appearing* Defendant ROMA FOOD ENTERPRISES, INC.

15

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PEREZ, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANCE FOOD GROUP, INC., a Colorado corporation; VISTAR TRANSPORTATION, LLC, a Delaware limited liability company; ROMA GOURMET FOOD ENTERPRISES OF CALIFORNIA, INC., a California corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-02390-HSG<br><br>**JOINT STIPULATION AND ORDER TO:**<br><br>**1. EXTEND MEDIATION COMPLETION DEADLINE**<br><br>**2. FURTHER MODIFY BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT [DKT. #36]**<br><br>**3. FURTHER EXTEND TIME FOR SPECIALLY APPEARING DEFENDANT ROMA FOOD ENTERPRISES, INC. TO RESPOND TO SECOND AMENDED COMPLAINT** |

**JOINT STIPULATION TO (1) EXTEND MEDIATION COMPLETION DEADLINE; (2) EXTEND SPECIALLY APPEARING DEFENDANT ROMA FOOD ENTERPRISES, INC.'S RESPONSE DEADLINE; AND (3) MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS OR STRIKE SAC**

## RECITALS

### Pleadings

WHEREAS, on April 20, 2015, Plaintiff Jorge Perez ("Plaintiff") filed a Complaint against Performance Food Group, Inc. ("PFG"), Vistar Transportation, LLC ("Vistar") and Roma Gourmet Food Enterprises of California, Inc. in the Superior Court of the State of California in and for the County of Alameda (the "State Court Action") [Dkt. #1-1]; and

WHEREAS, on May 18, 2015, Plaintiff filed an Amendment to Complaint in the State Court Action to substitute DOE 1 with Roma Food Enterprises, Inc. [Dkt. #1-7]; and

WHEREAS, on May 29, 2016, Defendants PFG and Vistar removed the State Court Action to this United States District Court [Dkt. #1]; and

WHEREAS, on June 11, 2015, Plaintiff filed a First Amended Complaint ("FAC") in this action [Dkt. #8]; and

WHEREAS, on April 13, 2016, Plaintiff filed the operative Second Amended Complaint ("SAC") in this action [Dkt. #29]; and

### Mediation Completion Deadline

WHEREAS, on April 26, 2016, the Court entered an Order Selecting ADR Process and adopted the parties' proposed mediation completion deadline of August 24, 2015 [Dkt. #34]; and

WHEREAS, the parties have met and conferred and selected David Rotman to serve as the mediator in this case; and

79507723.1

2

**JOINT STIPULATION TO (1) EXTEND MEDIATION COMPLETION DEADLINE; (2) EXTEND SPECIALLY APPEARING DEFENDANT ROMA FOOD ENTERPRISES, INC.'S RESPONSE DEADLINE; AND (3) MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS OR STRIKE SAC**

WHEREAS, the first date Mr. Rotman and the parties have available to attend a mediation is September 19, 2016; and

### Briefing Schedule on Motion to Dismiss SAC

WHEREAS, on May 11, 2016, Defendants PFG and Vistar filed a Motion to Dismiss and/or Strike Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(f) (the "Motion to Dismiss"), which is set to be heard on August 25, 2016 (Dkt. #36);

WHEREAS, on May 24, 2016, PFG, Vistar and Plaintiff filed a Joint Stipulation to Continue Briefing Schedule on Defendants' Motion to Dismiss and/or Strike Plaintiff's SAC [Dkt. #37] (the "Stipulation to Continue Briefing Schedule"); and

WHEREAS, on May 25, 2016, the Court approved the Stipulation to Continue Briefing Schedule and extended the deadline for Plaintiff to file his Opposition to Defendants' Motion to Dismiss to June 8, 2016 and extended the deadline for Defendants PFG and Vistar to file their Reply in support of the Motion to Dismiss to July 13, 2016 [Dkt. #39]; and

### Roma Food Enterprises, Inc.'s Deadline to Respond to SAC

WHEREAS, on May 10, 2016, Plaintiff had a process server deliver to Defendant PFG's agent for service of process in Denver, Colorado a state court Summons and copies of the Complaint, FAC and SAC ostensibly to effectuate service on "Roma Food Enterprises, Inc."; and

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i) and the Affidavit of Service [Dkt. #37], specially appearing Defendant Roma Food Enterprises, Inc.'s deadline to respond to Plaintiff's SAC or otherwise move to quash service of process and/or to dismiss for defective

79507723.1

3

**JOINT STIPULATION TO (1) EXTEND MEDIATION COMPLETION DEADLINE; (2) EXTEND SPECIALLY APPEARING DEFENDANT ROMA FOOD ENTERPRISES, INC.'S RESPONSE DEADLINE; AND (3) MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS OR STRIKE SAC**

service was May 31, 2016; and

WHEREAS, on May 31, 2016, pursuant to Local Rule 6-1, the parties filed a Joint Stipulation to Extend Time for Specially Appearing Defendant Roma Food Enterprises, Inc. to Respond to SAC By 21 Days to and including June 21, 2016 (the "Roma Stipulation") [Dkt. #40]; and

WHEREAS, the parties wish to preserve the resources of the Court and the parties and to complete mediation prior to engaging in further motion practice related to the Motion to Dismiss and specially appearing Defendant Roma Food Enterprises, Inc.'s contemplated motion to quash service of process and/or to dismiss for defective service and, therefore, agree and are stipulating herein, subject to the Court's approval, to:

(1) Extend the mediation completion deadline from August 24, 2016 to September 30, 2016; and

(2) Further modify the briefing and hearing schedule on the pending Motion to Dismiss such that (a) Plaintiff's Opposition thereto is due on October 10, 2016; (b) Defendants' Reply in support thereof is due on October 17, 2016; and (c) the hearing on the Motion to Dismiss is continued to November 3, 2016; and

(3) Further extend the time for specially appearing Defendant Roma Food Enterprises, Inc. to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's SAC, including without limitation a motion to quash service of process and/or to dismiss for defective service, to October 10, 2016.

79507723.1

4

**JOINT STIPULATION TO (1) EXTEND MEDIATION COMPLETION DEADLINE; (2) EXTEND SPECIALLY APPEARING DEFENDANT ROMA FOOD ENTERPRISES, INC.'S RESPONSE DEADLINE; AND (3) MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS OR STRIKE SAC**

# STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants PFG and Vistar and specially appearing Defendant Roma Food Enterprises, Inc., through their respective undersigned counsel, that:

1. The mediation completion deadline be extended from August 24, 2016 to September 30, 2016; and

2. The deadline for Plaintiff to file his Opposition to Defendants' Motion to Dismiss be extended from June 8, 2016 to and including October 10, 2016; and

3. The deadline for Defendants PFG and Vistar to file their Reply in support of the Motion to Dismiss be extended from July 13, 2016 to and including October 17, 2016; and

4. The hearing on the Motion to Dismiss be continued from August 25, 2016 to November 3, 2016; and

5. Specially appearing Defendant Roma Food Enterprises, Inc.'s time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's SAC in this action, including without limitation a motion to quash service of process and/or to dismiss for defective service, be extended from June 21, 2016 to and including October 10, 2016; and

6. By entering into this Stipulation, the parties do not waive and expressly reserves all claims, defenses and challenges to this action, including without limitation those of specially appearing Defendant Roma Food Enterprises, Inc. set forth in Paragraph

79507723.1

5

**JOINT STIPULATION TO (1) EXTEND MEDIATION COMPLETION DEADLINE; (2) EXTEND SPECIALLY APPEARING DEFENDANT ROMA FOOD ENTERPRISES, INC.'S RESPONSE DEADLINE; AND (3) MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS OR STRIKE SAC**

5, above.

IT IS SO STIPULATED AND AGREED.

DATED:                                     **SETAREH LAW GROUP**


                                           By:    /s/ Shaun Setareh
                                                  Shaun Setareh, Esq.
                                                  Thomas Segal, Esq.

                                           Attorneys for Plaintiff
                                           JORGE PEREZ


DATED:                                     **MCGUIREWOODS LLP**


                                           By:    /s/ Sylvia Kim
                                                  Matthew C. Kane, Esq.
                                                  Sabrina A. Beldner, Esq.
                                                  Sylvia J. Kim, Esq.

                                           Attorneys for Defendants PERFORMANCE FOOD GROUP, INC. and VISTAR TRANSPORTATION, LLC and *Specially Appearing* Defendant ROMA FOOD ENTERPRISES, INC.

I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of the Stipulation.


                                  /s/ Shaun Setareh

                                      **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATE: June 22, 2016                        _[signature: Haywood S. Gilliam Jr.]_
                                           HON. HAYWOOD S. GILLIAM, JR.
                                           UNITED STATES DISTRICT JUDGE