Shaun Setareh (SBN 204514)
    shaun@setarehlaw.com
Thomas Segal (SBN 222791)
    thomas@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California  90212
Telephone:  (310) 888-7771
Facsimile:   (310) 888-0109

Attorneys for Plaintiff,
JORGE PEREZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PEREZ, on behalf of himself, and all others similarly situated, and the general public,<br><br>    Plaintiff,<br><br>vs.<br><br>PERFORMANCE FOOD GROUP, INC., a Colorado corporation; VISTAR TRANSPORTATION, LLC., a Delaware limited liability company; ROMA GOURMET FOOD ENTERPRISES OF CALIFORNIA INC., a California corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No: LA CV17-00357 JAK (SKx)<br><br>CLASS ACTION<br><br>**NOTICE OF LODGING OF [PROPOSED ORDER] APPROVING PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF UNDER RULE 60** |

1

**TO EACH PARTY AND EACH ATTORNEY OF RECORD IN THIS ACTION:**

Please take notice that Plaintiff is lodging his Proposed Order Approving Plaintiff's *Ex Parte* Application for Relief Under Rule 60 in the above-entitled action, attached as "Exhibit 1."

Dated: August 18, 2017         SETAREH LAW GROUP

BY /s/    *Shaun Setareh*____
    SHAUN SETAREH
    THOMAS SEGAL
    Attorneys for Plaintiff,
    JORGE PEREZ