# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PEREZ, on behalf of himself, all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>PERFORMANCE FOOD GROUP, INC., a Colorado corporation; VISTAR TRANSPORTATION, LLC, a Delaware limited liability company; ROMA FOOD ENTERPRISES, INC., a California corporation; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No. LA CV17-00357 JAK (SKx)<br><br>**ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF UNDER RULE 60** |

The *Ex Parte* Application of Plaintiff Jorge Perez ("Plaintiff") for leave to file an opposition by August 16, 2017, to Defendants' proposed Order for Determination of No Certifiable Rule 23 Classes, has been considered, and based on that review, IT IS HEREBY ORDERED AS FOLLOWS:

1. The *Ex Parte* Application is GRANTED.

2. Plaintiff's Opposition to the Order for Determination attached as Exhibit A to the Declaration of Thomas Segal in ECF No. 108 is accepted as filed.

Future requests by Plaintiff for relief from failing to comply with the Court's Standing Orders will be denied, absent a showing of compelling circumstances that could not reasonably have been anticipated. A different result would impose continued, unnecessary burdens on the Court and the parties.

IT IS SO ORDERED.

DATE:  August 21, 2017

_____
John A. Kronstadt
United States District Judge