SHAUN SETAREH (SBN 204514)
shaun@setarehlaw.com
THOMAS SEGAL (SBN 222791)
thomas@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone:   (310) 888-7771
Facsimile:   (310) 888-0109

Attorneys for Plaintiff,
JORGE PEREZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PEREZ, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANCE FOOD GROUP, INC., a Colorado corporation; VISTAR TRANSPORTATION, LLC, a Delaware limited liability company; ROMA FOOD ENTERPRISES, INC., a California corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-00357-JAK-SK<br><br>**NOTICE OF LODGING** |

**NOTICE OF LODGING**

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to the Court's Order entered on August 20, 2021 (Dkt. 203), Plaintiff Jorge Perez hereby lodges with the Court the following document attached hereto as **Exhibit A**:

- [Proposed] Order and Judgment Granting Final Approval of Class Action Settlement and Award of Attorney Fees and Expenses, Settlement Administrator Expenses, and Class Representative Service Award.

Respectfully Submitted,

DATED: August 30, 2021        SETAREH LAW GROUP

By: ____/s/ Shaun Setareh____
Shaun Setareh, Esq.
Thomas Segal, Esq.
Attorneys for Plaintiff
JORGE PEREZ

1
**NOTICE OF LODGING**