# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PEREZ, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　Plaintiff,<br>　v.<br><br>PERFORMANCE FOOD GROUP, INC., a Colorado corporation; VISTAR TRANSPORTATION, LLC, a Delaware limited liability company; ROMA FOOD ENTERPRISES, INC., a California corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | No. 2:17-CV-00357-JAK-SK<br><br><br>**JUDGMENT** |

Plaintiff's Motion for Final Approval of Class Action Settlement and Plaintiff's Motion for an Award of (1) Attorney's Fees to Class Counsel, and (2) Enhancement to Plaintiff, was reviewed and granted. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Settlement Agreement entered by the parties is approved.

2. The proposed Settlement is "fair, reasonable and adequate" based on the value of the claims in the case, the monetary value of the proposed settlement and the risks that the plaintiff would face in proceeding with litigation. The Settlement Agreement was reached after sufficient investigation and discovery had occurred and following a mediation with an experienced neutral.

3. The Notice Plan has been fully implemented. The Notice Plan complies with Fed. R. Civ. P. 23(c)(2)(B). It constituted the best practicable notice, was reasonably calculated under the circumstances to inform Settlement Class Members of the pendency of this case, and of their right to exclude themselves or object to the Settlement and to appear at the Final Approval Hearing, and was reasonable and constituted due, adequate and sufficient notice to all persons entitled to receive notice.

4. The Class meets all of the legal requirements for class certification for settlement purposes only under Fed. R. Civ. P. 23(a) and 23(b)(3) and it is certified for settlement purposes.

5. The Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of this order and the Settlement. The Court also retains jurisdiction over all parties and the Class as to all matters concerning disbursement of unclaimed settlement funds and related matters.

6. The Parties and the Settlement Administrator will comply with all obligations under the Settlement Agreement.

7. The proposed service award of $5,000 is fair reasonable and adequate, and shall be paid to Jorge Perez from the Settlement Fund.

8. Class Counsel is awarded attorney's fees of $258,333.33, which shall be paid out of the Settlement Fund.

10. Class Counsel shall be reimbursed for their litigation costs of $30,390.57, which shall be paid from the Settlement Fund.

11. The Settlement Administrator, Simpluris, Inc., is awarded settlement administration expenses in the amount of $9,000, which shall be paid from the Settlement Fund.

12. This action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   September 1, 2021

John A. Kronstadt
United States District Judge